**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br><br>Rhea Claire Hamm,<br><br>    Defendant. | CR13-50155-001-TUC-RCC<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and detention hearing was submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised probation as set forth in allegations of the petition.

IT IS ORDERED that the defendant shall be released from federal custody.

IT IS FURTHER ORDERED that the defendant is released on the previously ordered probation conditions with the addition she shall be place in the 3rd Party Custody of her mother, Pamela Louise Renecker.

DATED this 11th day of February, 2015.

*Mark E. Aspey*
Mark E. Aspey
United States Magistrate Judge